UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pre-Trial Conference Calendar

Honorable Christopher F. Droney, U.S.D.J.
450 Main Street
Hartford
Chambers Room 108 - Annex

OCTOBER 27, 2003

3:30 P.M.

*[handwritten: 4:00-4:30  held]*

All counsel who will try the case shall attend the pre-trial conference.

Counsel shall be prepared to discuss and argue any evidentiary issues and/or any pre-trial motions.

Counsel shall be prepared to discuss all aspects of their joint trial memorandum, including their proposed voir dire, statement in lieu of opening statement, witness list and exhibits, and any proposed jury instructions.

To the extent possible, counsel shall bring exhibits to the pre-trial conference to mark them for identification.

CASE NO. **3:00-cv-1383**   **Damiano v Darvy**

Bruce E. Newman
Newman, Creed & Associates
PO Box 575
Bristol, CT 06011-0575

James Newhall Tallberg
Updike, Kelly & Spellacy, P.C.
One State St., Po Box 231277
Hartford, CT 06123-1277

Matthew Evers Willis
Newman, Creed & Associates
PO Box 575
Bristol, CT 06011-0575

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK