UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 29 A 11: 00
US DISTRICT COURT
HARTFORD CT

FRANK DAMIANO : CIVIL ACTION NO. 3:00CV1383(CFD)
:
    Plaintiff, :
V. :
:
WETHERSFIELD POLICE DEPARTMENT :
OFFICER JAMES DARVY, SERGEANT :
THOMAS, CHIEF JOHN KARANGEKIS :
and TOWN OF WETHERSFIELD :
    Defendants, : October 27, 2003
:

## MOTION REQUESTING EXCLUSION OF PORTIONS OF ALLARD TESTIMONY
(DAUBERT HEARING REQUESTED)

HON. CHRISTOPHER F. DRONEY
DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

    COMES NOW, the plaintiff and moves this Court for an Order granting him an order preventing the defendant from using against him, during the trial of this case, accident reconstruction and extrication evidence as well as medical evidence by a Police Consultant suggesting that plaintiff's injuries were a caused by plaintiffs face and body contacting the interior of his motor vehicle after a motor vehicle accident, or after extrication by police therefrom.

    This motion is based on the Memorandum of Law, attached hereto, and hereby incorporated by reference.

PLAINTIFF, FRANK DAMIANO

By /s/ Matthew E. Willis
Matthew E. Willis
Newman, Creed & Associates
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011-0575
(860) 583-5200
Federal Bar No.: 12301

His Attorneys

## ORDER

The foregoing Motion having been heard by this Court, it is hereby ORDERED:

GRANTED/DENIED

THE COURT

By_____
Judge/Assistant Clerk

## CERTIFICATION

     This certifies that a copy of the foregoing was mailed, postage prepaid, on this 27th day of October, 2003 to::

James N. Tallberg, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277


_____
Matthew E. Willis