UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 31  A 11: 51

FRANK DAMIANO,
    Plaintiff,

v.

Civil Action No. 3:00CV1383 (CFD)

JAMES DARVY, et al.,
    Defendants.

## PRETRIAL ORDER

In accordance with Fed. R. Civ. P. 16, a pretrial conference with counsel for the parties in the above-captioned action was held on October 27, 2003. As a result of the pretrial conference, the Court issues this Pretrial Order.

Plaintiff(s) counsel: Matthew Willis

Defendant(s) counsel: James Tallberg

1. <u>Jury Selection</u>

    Jury selection will be held on **November 19, 2003**  The parties will be selecting **9** jurors.

    The plaintiff has **3** peremptory challenges.

    The defendants have **3** peremptory challenges.

2. <u>Opening Statement</u>

    If the parties wish to request an opening statement counsel will file a notice by **November 7, 2003** by **5:00 p.m.** The parties must submit a joint statement of the case to be read at jury selection by that date.

3. <u>Trial Schedule</u>

    The trial is scheduled to begin on **December 15, 2003.** Each trial day will commence at 10:00 am and conclude at 5:00 p.m. Evidence will be heard Monday through Friday.

4. <u>Stipulations</u>

    The parties will file a joint list of stipulated facts in a form to be read to the jury no later

1

than **November 19, 2003** at **9:00 a.m.**

5. <u>Witnesses</u>

Each party shall submit a final list of witnesses no later than **November 19, 2003** at **9:00 a.m.**

The parties shall file any motions or objections concerning the unavailability of witnesses and deposition testimony no later than **November 19, 2003** at **9:00 a.m.**

The parties shall file motions in limine concerning any other witness issues no later than **November 19, 2003** at **9:00 a.m.** Opposition papers are due by **December 2, 2003** at **5:00 p.m.** Argument on motions in limine shall be held on **December 8, 2003** at **3:00 p.m.**

A sequestration order has been entered.

6. <u>Exhibits</u>

On **November 19, 2003**, counsel for each party shall provide the Court with an original set and two copies of all exhibits (except for over-sized exhibits) and deposition excerpts to be introduced at trial. All of the parties' original exhibits shall be pre-marked for identification and, to the extent possible, as full exhibits. Each of the two copies of exhibits shall be contained in a notebook with an index or table of contents. The exhibits shall be numbered, to the extent practicable, in the order that they are likely to be offered.

The parties shall file motions in limine concerning any objections to exhibits no later than **November 19, 2003** at **9:00 a.m.** Opposition papers are due **December 2, 2003** at **5:00 p.m.** Argument on motions in limine shall be held on **December 8, 2003** at **3:00 p.m.**

7. <u>Jury Instructions and Verdict Forms</u>

The parties shall provide the Court with a joint proposed verdict form and final jury instructions on hard copy and <u>on disk</u> (in Word Perfect format, if possible), no later than **November 19, 2003** at **9:00 a.m.** Each jury instruction shall be set forth on a separate page. The parties shall cite to the legal authority supporting each instruction at the bottom of each page. The parties shall also indicate in writing any objections to each jury instruction at the bottom of each page.

The Court will provide the parties with a draft of the final jury instructions prior to the charging conference. The parties will be expected to state any objections to the jury instructions at the charging conference. The parties shall support each objection with relevant legal authority and, if necessary, be prepared to provide an alternative proposal.

2

8.  <u>Evidentiary Issues</u>

Any evidentiary issues that can be anticipated prior to trial will be identified, and motions in limine must be filed by **November 19, 2003** at **9:00 a.m.** Opposition papers are due by **December 2, 2003** at **5:00 p.m.** Argument on the motions in limine shall be held on **December 8, 2003** at **3:00 p.m.**

9.  <u>Objections</u>

Any objections to this order shall be made in writing and filed with the Clerk's office within seven days of the issuance of this order.

IT IS SO ORDERED that this Final Pretrial Order may be modified by order of the Court only to prevent manifest injustice or for good cause shown.

Dated at Hartford, Connecticut, this 31st day of October 2003.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

3

<u>**Frank Damiano v. James Darvy, et al.**</u>, **00cv1383**
<u>Schedule</u>

| | | |
|---|---|---|
| <u>**November 7, 2003**</u> – | (1) | Parties must submit by <u>**5:00 p.m.**</u><br>(a) Requests for opening statements<br>(b) Joint statement of the case to be read at jury selection |
| <u>**November 19, 2003**</u> – | (1)<br>(2) | Jury Selection<br>The parties must submit by <u>**9:00 a.m.**</u><br>(a) Joint list of stipulated facts<br>(b) Final witness list<br>(c) Motions in limine<br>(d) Exhibits (originals and two sets of copies)<br>(e) Joint proposed jury instructions and verdict form (hard copy and on disk in Word Perfect) |
| <u>**December 2, 2003**</u> – | (1) | Parties must submit by <u>**5:00 p.m.**</u><br>(a) Responses to motions in limine |
| <u>**December 8, 2003**</u> – | (1) | Argument on any motions in limine at <u>**10:00 a.m.**</u> |
| <u>**December 15, 2003**</u> – | (1) | Start of Evidence at <u>**10:00 a.m.**</u> |

4