UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Thomas P. Smith, U.S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

November 6, 2003

10:00 a.m.

3-00-cv-1383   (CFD) Damiano v Darvy
------------------------------------------------------------

SETTLEMENT CONFERENCE

    COUNSEL OF RECORD:

| | |
|---|---|
| Bruce E. Newman | Newman, Creed & Associates, PO Box 575, Bristol, CT 860-583-5200 |
| James Newhall Tallberg | Updike, Kelly & Spellacy, P.C., One State St., Po Box 231277, Hartford, CT 860-548-2600 |
| Matthew J. Willis | Law Offices Of Mark Branse, 124 Hebron Ave., Glastonbury, CT 659-3735 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Conf. held w/ TPS - case settled

Time: 4 hrs.