UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FRANK DAMIANO

  Vs.                          CASE NO. 3:00CV1383(CFD)

JAMES DARVY, Ofcr
THOMAS DILLION, Sgt
TOWN OF WETHERSFIELD

### NOTICE TO COUNSEL

The above-entitled case was reported to the Court on November 6, 2003 to be settled. Under Local Rule 16(b), a matter reported to be settled is to be dismissed if closing papers are not filed.

Accordingly, a judgment will be entered on November 24, 2003, unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact to be settled.

It is so ordered.

Dated at Hartford, Connecticut this 12th day of November, 2003.

                                              KEVIN F. ROWE, CLERK

                                              BY_____
                                                Devorah Johnson
                                                Deputy Clerk

EOD_____