FILED
2003 NOV 25 P 4:01
US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FRANK DAMIANO :

Vs : Case No.3:00CV1383CFD)

JAMES DARVY, Ofcr
THOMAS DILLION, Sgt
TOWN OF WETHERSFIELD :

**JUDGMENT**

Counsel of record having reported to the court on November 6, 2003 that the above-entitled cases has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, November 25,2003.

KEVIN F. ROWE, Clerk

BY: ____________________
Devorah Johnson
Deputy Clerk

EOD________