UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK DAMIANO | : CIVIL ACTION NO. 3:00CV1383(CFD) |
| Plaintiff, | : |
| V. | : |
| WETHERSFIELD POLICE DEPARTMENT, OFFICER JAMES DARVY, SERGEANT THOMAS, CHIEF JOHN KARANGEKIS and TOWN OF WETHERSFIELD Defendants, | : |
| | : January 2, 2004 |

## MOTION FOR RETURN OF BOND

COMES NOW, the plaintiff Frank Damiano by and through counsel and moves this Court for an Order returning a $500 security bond which was posted in the above referenced matter. There is no objection by defendants to the return of this bond. A Stipulation for dismissal was sent to defense counsel on November 19, 2003, a copy of which is attached.

WHEREFORE, the plaintiff respectfully requests that the $500 security bond be returned and sent to his attorney's office.

PLAINTIFF, FRANK DAMIANO

By /s/ Matthew
Matthew E. Willis
Newman, Creed & Associates
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011-0575
(860) 583-5200
Federal Bar No.: 24013

His Attorneys

### ORDER

The foregoing Motion having been heard by this Court, it is hereby ORDERED:
GRANTED/DENIED

THE COURT

By_____
Judge/Assistant Clerk

2

## CERTIFICATION

This certifies that a copy of the foregoing was mailed, postage prepaid, on this 2nd day of January, 2004 to:

James N. Tallberg, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

_____
Matthew E. Willis

3



Bruce E. Newman*
Kevin E. Creed
Matthew E. Willis

*Also Admitted in NY & CA

<u>VIA FACSIMILE AND BY FIRST-CLASS MAIL</u>

November 19, 2003

James N. Tallberg, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Re:   <u>Frank Damiano v. Wethersfield Police Department, et al.</u>

Dear Mr. Tallberg:

Please find enclosed a Stipulation for Dismissal by All Parties. Please sign and file with the District Court as soon as possible. The original will follow by first-class mail,

Very truly yours,

Matthew E. Willis
Attorney at Law


Enclosure

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK DAMIANO | : CIVIL ACTION NO. 3:00CV1383(CFD) |
| Plaintiff, | : |
| V. | : |
| WETHERSFIELD POLICE DEPARTMENT OFFICER JAMES DARVY, SERGEANT THOMAS, CHIEF JOHN KARANGEKIS and TOWN OF WETHERSFIELD | : |
| Defendants, | : November 19, 2003 |

## STIPULATION FOR DISMISSAL BY ALL PARTIES UNDER FRCP 41(a)(1)(ii)

It is hereby stipulated by Frank Damiano, Plaintiff, through his attorney Matthew E. Willis, the defendants Town of Wethersfield, et al., through their attorney James Tallberg, that the above entitled action be dismissed with prejudice and without costs or attorneys fees and that said dismissal is agreed to in reliance upon and in compliance with a certain settlement agreement.

THE PLAINTIFF
FRANK DAMIANO

By _____
Matthew E. Willis
Newman, Creed & Associates
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011-0575
(860) 583-5200
Federal Bar No.: 24013

THE DEFENDANTS
TOWN OF WEHTERSFIELD ET AL.

By _____
James N. Tallberg
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
(860) 548-2600
Federal Bar No.: 17849

## ORDER OF DISMISSAL WITH PREJUDICE
## FOLLOWING STIPULATED COMPROMISE UNDER FRCP 41(a)(1)(ii)

It appearing to the court that the above-entitled action has been fully settled, adjusted, and compromised, and based on stipulation; therefore"

IT IS ORDERED AND ADJUDGED that the above-entitled action be, and it is hereby, withdrawn, without cost to either party, and with prejudice to the Plaintiff and to the Defendants

Dated_____

```
                              _____
                              Christopher F. Droney
                              United States District Judge
```