UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 NOV -6 P 3: 43
US DISTRICT COURT
HARTFORD CT

DAMIANO,
    Plaintiff

  - v -                  Civil No. 3-00CV1383(CFD)

DARVY, et al.,
    Defendant

## MEMORANDUM AND ORDER

This case has been resolved. The parties will file the appropriate papers within 30 days, December 5, 2003.

Dated at Hartford, Connecticut, this 6th day of November, 2003.

*Thomas P. Smith*
Thomas P. Smith
United States Magistrate Judge