UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK DAMIANO | : CIVIL ACTION NO. 3:00CV1383(CFD) |
| Plaintiff, | : |
| V. | : |
| WETHERSFIELD POLICE DEPARTMENT OFFICER JAMES DARVY, SERGEANT THOMAS, CHIEF JOHN KARANGEKIS and TOWN OF WETHERSFIELD | : |
| Defendants, | : January 2, 2004 |

**MOTION FOR RETURN OF BOND**

COMES NOW, the plaintiff Frank Damiano by and through counsel and moves this Court for an Order returning a $500 security bond which was posted in the above referenced matter. There is no objection by defendants to the return of this bond. A Stipulation for dismissal was sent to defense counsel on November 19, 2003, a copy of which is attached.

GRANTED. absent objection
It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 1/11/04